

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**



November 7, 2011

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-337-593-5000*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*1-318-676-4273*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 0 9 2011

TONY R. MOORE, CLERK
BY _____
DEPUTY

Clerk of Court
1st Judicial District Court
Caddo Parish Courthouse
501 Texas Street
Shreveport, LA 71101

FILED
NOV 0 8 2011
TORI HAYES
DEPUTY CLERK OF COURT

In re: Civil Action No. 5:10-cv-0224
Your Case No. #537096 "A"
Gilbert Ellis et al vs. Bio Medical Applications of Louisiana L L C et al

Dear Sir:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE November 7, 2011.

TONY R. MOORE
CLERK OF COURT

TRM/ap
Enclosures